UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZULFU SAYAN,

                Petitioner,

-against-

JAMES T. CONWAY, SUPERINTENDENT OF
THE ATTICA CORRECTIONAL FACILITY,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-0374 (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★    JAN 5 2006    ★

P.M. _____
TIME A.M. _____

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on January 4, 2006, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       January 04, 2006

                                           /s/
                             ROBERT C. HEINEMANN
                             Clerk of Court